**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Chubb National Insurance Company,**

**Plaintiff,**

**-against-**

**Arista Air Conditioning LLC, et al.,**

**Defendants.**

**1:26-cv-04473 (JAV) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, Defendant Daikin Comfort Technologies North America, Inc. ("Daikin") was served on July 7, 2026, making its response to the Amended Complaint due on July 28, 2026 (*see* Summons Returned Executed, ECF No. 27); and

WHEREAS, as of the date of this Order, Daikin has not appeared in this action or responded to the Amended Complaint; and

NOW, THEREFORE, is hereby ORDERED that Plaintiff shall file a letter no later than August 10, 2026, indicating whether it has had any communications with Daikin and setting forth proposed next steps with respect to Daikin.

**SO ORDERED.**

Dated: New York, New York
August 3, 2026

Stewart d. Aaron
______________________________
STEWART D. AARON
United States Magistrate Judge