**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Chubb National Insurance Company,**

**Plaintiff,**

**-against-**

**Arista Air Conditioning LLC, et al.,**

**Defendants.**

**1:26-cv-04473 (JAV) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that, no later than September 24, 2026, the parties shall file the anticipated Stipulation with respect to Defendant Daikin (*see* Rule 26(f) Report, ECF No. 38, ¶ 15) or a letter with respect to the status of Defendant Daikin.

**SO ORDERED.**

Dated: New York, New York
September 17, 2026

STEWART D. AARON
United States Magistrate Judge